In the Matter of EDWARD L. DAME, Respondent. BURNLEY W. DAWSON et al., Appellants.— In a habeas corpus proceeding, order entered March 13, 1953, prohibiting removal of a child from the continental United States and order entered May 1, 1953, resettling the prior order insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur. [See post, p. 874.]